UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PAUL BLUEMEL,

    Plaintiff,

  v.                                    Case No. 09-C-1014

NURSE MARY, et al.,

    Defendants.

**ORDER**

Plaintiff Paul Bluemel, who is incarcerated at Waupun Correctional Institution, proceeds pro se in this action under 42 U.S.C. § 1983. On December 14, 2009, Bluemel filed a motion to have the Court "appoint" counsel for him, and he renewed the motion on December 28, 2009. It does not appear that the defendants have been served with a summons and complaint in this matter. The Court will hold Bluemel's motion in abeyance until service has been accomplished and the defendants have filed a responsive pleading. After that point in time the Court will have a better appreciation of this case and will then decide Bluemel's motion.

**SO ORDERED** this   12th   day of January, 2010.

                                                  s/ William C. Griesbach
                                                  WILLIAM C. GRIESBACH
                                                  United States District Judge